# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY CO. a/s/o HESTER TROYER,** | : : | |
| Plaintiff | : : | No. 1:20-cv-02018 |
| v. | : : | (Judge Kane) |
| **METROPOLITAN EDISON COMPANY d/b/a MET-ED, ITRON, INC., WELLINGTON ENERGY, INC.,** | : : : : | |
| Defendants | : | |

## **ORDER**

**AND SO**, on this 9th day of November 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendant Itron, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 52) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
